

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00596-CR

| | | |
|---|---|---|
| Jarrod Wayne Cox | § | From the 355th District Court |
| | § | of Hood County (CR11976) |
| v. | § | February 26, 2015 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $1,223 fine, which must also be removed from the bill of costs and the order to withdraw funds from Jarrod Wayne Cox's inmate trust fund account. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel